IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| In re: Search Warrants | Case No. 21-MJ-27 (RMS) |

**MOTION TO UNSEAL**

The Government hereby moves to unseal this matter as the defendant has been taken into custody.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

      /s/
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY